**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

| | | |
|---|---|---|
| PATRICIA NOWAKOWSKI, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | FILE NO. 1:12-cv-00722-WMS-LGF |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, Patricia Nowakowski, and the Defendant, NCO Financial Systems, Inc., that the above-captioned action shall be voluntarily dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted this 12th day of August, 2013.

| Attorneys for Plaintiff, | Attorneys for Defendant, |
|---|---|
| /s/ Jeanne Lahiff | /s/ Aaron R. Easley |
| Jeanne Lahiff, Esq | Aaron R. Easley |
| NY Bar No. 2252435 | /s/ Michael Del Valle |
| Weisberg & Meyers, LLC | Michael Del Valle |
| 80 Broad Street, 5th Floor | /s/ Kenneth Grace |
| New York, NY 10004 | Kenneth Grace |
| (888) 595-9111 ext. 511 | Sessions, Fishman, Nathan & |
| (866) 842-3303 (fax) | Israel, L.L.C. |
| JLahiff@attorneysforconsumers.com | 200 Route 31, Suite 203 |
| | Flemington NJ 08822 5736 |
| *Please send correspondence to the address below:* | (908) 751-5940 |
| | (908) 751-5944 |
| Weisberg & Meyers, LLC | aeasley@sessions-law.biz |
| 5025 N. Central Ave. #602 | mdelvalle@sessions-law.biz |
| Phoenix, AZ 85012 | kgrace@sessions-law.biz |

Notice Filed electronically on this 12th day of August, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 12th day of August, 2013, to:

Mr. Kenneth Grace
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Dr., Suite 195
Tampa FL 33618
kgrace@sessions-law.biz

Aaron R. Easley
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31, Suite 203
Flemington NJ 08822 5736
aeasley@sessions-law.biz

Michael Del Valle Esq.
Sessions, Fishman, Nathan & Israel of New York, LLC
Muir Drive, Suite 106
Amherst NY 14228
mdelvalle@sessions-law.biz


/s/ Lydia Bultemeyer
Lydia Bultemeyer